■ JOSEPH D. CASTALDO et al., Respondents, v LLOYD D. HARRINGTON, Doing Business as HARR-WOOD NURSING HOME, Appellant. (Action No. 4.) (Appeal No. 2.) [624 NYS2d 987] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Castaldo (Harrington)* ([appeal No. 1] 212 AD2d 1004 [decided herewith]). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Summary Judgment.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.

■ JOSEPH D. CASTALDO et al., Appellants, v LLOYD D. HARRINGTON, Doing Business as HARR-WOOD NURSING HOME, Respondent. (Action No. 4.) (Appeal No. 3.) [624 NYS2d 988] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Castaldo (Harrington)* ([appeal No. 1] 212 AD2d 1004 [decided herewith]). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Amend Order.) Present —Green, J. P., Pine, Wesley, Davis and Boehm, JJ.